**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JEROME OUBRE #103533                    CASE NO. 1:17-CV-00166 SEC P

VERSUS                                  CHIEF JUDGE DRELL

LASALLE CORRECTIONS                     MAGISTRATE JUDGE PEREZ-MONTES
CORP ET AL


**MEMORANDUM ORDER**

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___13th___ day of ___March___, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge